UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND FORMAN**                          **CIVIL ACTION**

**versus**                                  **NO. 07-4200**

**BURL CAIN, WARDEN**                       **SECTION: "A" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Raymond Forman** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

April 11, 2008

UNITED STATES DISTRICT JUDGE